## DANSBY v. STATE.
### No. 23344.

Court of Criminal Appeals of Texas.

May 8, 1946.

Benjamin Kucera, of Lubbock, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

**GRAVES, Judge.**

Appellant was convicted of assault with intent to murder with malice, and his punishment assessed at four years confinement in the penitentiary.

The record is before this court without a statement of facts or bills of exceptions, in the absence of which nothing is presented for review. The indictment and all matters of procedure appear to be regular.

The judgment of the trial court is affirmed.